## UNITED STATES DISTRICT COURT　　EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| JAMES MINNIFIELD, § § Plaintiff, § § *versus* § § ATTORNEY GENERAL OF THE UNITED § STATES, *et al.*, § § Defendants. § | CIVIL ACTION NO. 1:06-CV-818 |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff James Minnifield, a federal prisoner, proceeding *pro se*, brought this civil action pursuant to the Freedom of Information Act.

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the case without prejudice for failure to exhaust administrative remedies.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 29th day of August, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE